IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

IN RE: BRYANT MUNICIPAL PROPERTY OWNERS'
MULTIPURPOSE IMPROVEMENT DISTRICT
NO. 84 (MIDTOWN PROJECT)     CHAPTER 9

CASE NO. 4:17-bk-16800

## ORDER CONFIRMING PLAN OF ADJUSTMENT

The Plan of Adjustment under Chapter 9 of the Bankruptcy Code filed by City of Bryant, Arkansas Municipal Property Owners' Multipurpose Improvement District No. 84 (Midtown Project), having been transmitted to all creditors individually or through their agents; and it having been determined after the hearing on notice that:

1. The Plan has been accepted by each impaired class in accordance with 11 U.S.C. 1126 and Bankruptcy Rule 3018; and

2. The Plan complies with the provisions of Chapter 9 of the Bankruptcy Code; and

3. The Debtor has complied with the applicable provisions of Chapter 9 of the Bankruptcy Code and those made applicable by section 103(e) and 901 of Title 11; and

4. All amounts to be paid by the Debtor for services or expenses in this case and incident to the Plan have been fully disclosed in the Plan and are reasonable; and

5. The Plan has been proposed in good faith and not by any means forbidden by law; and

6. The Debtor is not prohibited by law from taking any action necessary to carry out the Plan; and

7. Any regulatory or electoral approval necessary under applicable non-bankruptcy law in order to carry out any provision of the Plan has been obtained, or such provision is expressly conditioned on such approval; and

8. The proponent of the Plan has disclosed the identity and affiliations of any individual proposed to serve, after confirmation of the Plan, as a director, officer, or voting trustee of the Debtor, an affiliate of the Debtor participating in a joint plan with the Debtor, or a successor to the Debtor under the Plan; and the appointment to, or continuance in, such office of such individual, is consistent with the interests of creditors and equity security holders and with public policy; and the proponent of the Plan has disclosed the identity of any insider that will be employed or retained by the reorganized Debtor, and the nature of any compensation for such insider; and

9. With respect to each impaired class of claims or interests, each holder of a claim or interest of such class has accepted the Plan or will receive or retain under the Plan on account of such claim or interest property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would so receive or retain if the Debtor were liquidated under chapter 7 of this title on such date; and

10. Confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the debtor or any successor to the debtor under the Plan, unless such liquidation or reorganization is proposed in the Plan; and

11. The Debtor's Plan does not discriminate unfairly and is fair and equitable with respect to each class of claims or interests that is impaired and has not accepted the Plan; and

12. The Plan provides that each class of secured claims retains the liens securing such claims to the extent of the allowed amount of such claims; and

13. The Plan is in the best interest of the creditors and is feasible.

**IT IS ORDERED** that the Amended Plan of Adjustment filed by the Debtor on September 10, 2018, is confirmed.

**IT IS FURTHER ORDERED** that the Debtor is authorized under the terms of its Plan of Debt Adjustment to sell assets, including real property, free and clear of all prepetition liens and encumbrances except for claims of Bank of OZK, Trustee for bondholders, and City of Bryant.

**IT IS STILL FURTHER ORDERED** that the claim of the City of Bryant is allowed in the amount of Eighteen Thousand Eight Hundred Twenty Dollars ($18,820) of which Five Thousand Three Hundred Ten Dollars ($5,310) is secured and the balance is an administrative claim. The entire claim will be paid pro rata with administrative claims from the initial sale of lots until paid in full.

_____
United States Bankruptcy Judge
Date: October 10, 2018